IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ballenger, Franklin | Case Number: 08 B 08965 |
|---|---|---|
| | Ballenger, Bernadette | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | Filed: 4/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 620.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 579.70 |
| Trustee Fee: |  | 40.30 |
| Other Funds: |  | 0.00 |
| Totals: | 620.00 | 620.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,724.00 | 579.70 |
| 2. | LaSalle National Bank | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 29,413.07 | 0.00 |
| 4. | Cottonwood Financial Ltd | Unsecured | 293.88 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 45.36 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 15.48 | 0.00 |
| 7. | Sprint Nextel | Unsecured | 76.33 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 44.26 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 36.56 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,476.88 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 0.00 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 259.45 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 573.00 | 0.00 |
| 14. | Bank Of America | Secured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Aaron Sales & Lease Ow | Unsecured |  | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 18. | Collection Department | Unsecured |  | No Claim Filed |
| 19. | Great Lakes Specialty Finance | Unsecured |  | No Claim Filed |
| 20. | Oak Park Hospital | Unsecured |  | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 22. | Lincoln Park Hospital | Unsecured |  | No Claim Filed |
| 23. | Mercury Financial | Unsecured |  | No Claim Filed |
| 24. | Jerry Gleason Chevrolet | Unsecured |  | No Claim Filed |
| 25. | National Recoveries Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Ballenger, Franklin
Ballenger, Bernadette
Printed: 9/3/08

Case Number: 08 B 08965
Judge: Goldgar, A. Benjamin
Filed: 4/11/08

| | | | | |
|---|---|---|---|---|
| 26. | Nicor Gas | Unsecured | | No Claim Filed |
| 27. | AAC | Unsecured | | No Claim Filed |
| 28. | Professional Account Management | Unsecured | | No Claim Filed |
| 29. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 30. | Professional Account Management | Unsecured | | No Claim Filed |
| 31. | Payday Loan | Unsecured | | No Claim Filed |
| 32. | Secretary Of State | Unsecured | | No Claim Filed |
| 33. | Sun Cash | Unsecured | | No Claim Filed |
| 34. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 35. | State Farm Mutual | Unsecured | | No Claim Filed |
| 36. | West Asset Management | Unsecured | | No Claim Filed |
| 37. | Sun Cash | Unsecured | | No Claim Filed |
| 38. | AT&T | Unsecured | | No Claim Filed |
| 39. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |

$ 34,958.27     $ 579.70

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 40.30 |

$ 40.30

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

